## 28587. BAGLEY *v.* THE STATE.

DECIDED JANUARY 23, 1941.

290

_W. R. Bentley_, for plaintiff in error.

_Bond Almand, solicitor, John A. Boykin, solicitor-general, J. W. LeCraw_, contra.

Broyles, C. J.  The accused was convicted in the criminal court of Fulton County of operating a lottery known as the "number game."  Upon the trial he introduced no evidence, and made no statement to the jury.  He obtained a writ of certiorari from the superior court, and the certiorari, on a hearing thereof, was overruled, and that judgment was excepted to.  Under the ruling in _Turk_ v. _State_, 55 _Ga. App._ 732 (191 S. E. 283), and the authorities therein cited and the facts of the instant case, the judge, sitting without the intervention of a jury, was authorized to find the defendant guilty of the offense charged.  The special assignments of error show no cause for the reversal of the judgment overruling the certiorari.

_Judgment affirmed.  MacIntyre and Gardner, JJ., concur._